AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Frederic | U.S. District Court | 05/22/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

225 Cadman Plaza E.
Eastern District Court of NY
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Frederic Block, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/22/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PENN LAW SCHOOL | 10/28/2011 | PHILADELPHIA, PA | EDUCATIONAL SEMINAR | SEMINAR |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Block, Frederic** | 05/22/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BLACKROCK NY MUNI INC. | C | Dividend | L | T | | | | | |
| 2. BLACKROCK MUNIYIELD NY QLT | C | Dividend | L | T | | | | | |
| 3. COHEN & STEERS CLOSED END OPPTY FD | A | Dividend | J | T | | | | | |
| 4. EATON VANCE INS NY MUN | C | Dividend | L | T | | | | | |
| 5. EATON VANCE TX-AD GL DIV GLOBAL DIV INC FD | A | Dividend | K | T | | | | | |
| 6. EATON VANCE TAX DIV INC DIV INC FD | C | Dividend | K | T | | | | | |
| 7. FIA CARD SERVICES NA | A | Interest | J | T | | | | | |
| 8. FRONTIER COMM CORP | A | Dividend | J | T | | | | | |
| 9. NUVEEN NY INV QUAL MUNI | B | Dividend | K | T | | | | | |
| 10. NUVEEN NY PREF PLS MUNI | C | Dividend | L | T | | | | | |
| 11. NUVEEN NY QUAL INC MUNI | C | Dividend | L | T | | | | | |
| 12. NUVEEN NY SEL QUAL MUNI | C | Dividend | K | T | | | | | |
| 13. PIMCO NY MUN INC FD | B | Dividend | K | T | | | | | |
| 14. PRINCIPAL INVESTORS PRF SEC C FD | A | Dividend | K | T | Sold (part) | 12/28/11 | K | | |
| 15. RESEARCH IN MOTION LTD | | None | | | Sold | 09/19/11 | J | | |
| 16. WESTERN ASSET/CLAYMORE INFL.-LNKD OPT & INC FD | B | Dividend | | | Sold | 05/16/11 | K | | |
| 17. IRA - | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ARES CAPITAL CORP. | A | Dividend | J | T | | | | | |
| 19. PIMCO TOTAL RETURN FD CL C | B | Dividend | | | Sold | 01/31/11 | K | A | |
| 20. -MORGAN STANLEY - TR V DEF INT TR PFD 5.75% 7/15/33 | A | Interest | J | T | | | | | |
| 21. -CITIGROUP CAP VIII DEF INT TR PFD STK 6.95% 09/15/31 | C | Interest | J | T | | | | | |
| 22. -VORNADO REALTY TRUST SER F CUM PFD SHS 6.75% PERP | B | Interest | J | T | | | | | |
| 23. AMERICAN EURO PACIFIC GR FD CL C | A | Dividend | | | Sold | 05/12/11 | K | | |
| 24. AMERICAN GROWTH FD OF AMERICA CL C | A | Dividend | | | Sold | 06/13/11 | K | C | |
| 25. ARROW DWA BALANCED FD CL A | A | Dividend | K | T | Sold (part) | 04/21/11 | L | | |
| 26. ASA MANAGED FUTURES STRT.FD. CL. A | A | Dividend | K | T | Buy | 09/08/11 | K | | |
| 27. BLACKROCK EQUITY DIV FD C | A | Dividend | | | Sold | 06/28/11 | L | C | |
| 28. BLACKROCK EQUTY DIV FD C | A | Dividend | K | T | | | | | |
| 29. CALMOS STRAT TOT RET RETURN FD | A | Dividend | K | T | Sold (part) | 02/07/11 | J | B | |
| 30. EATON VANCE RISK MNGD DIV.EQ INCM FD | A | Dividend | K | T | | | | | |
| 31. FIDELITY AVB INTERM BD. FD. CL C | A | Dividend | K | T | Buy | 12/28/11 | K | | |
| 32. FIRST EAGLE GLOBAL CL C | A | Dividend | K | T | Buy | 10/18/11 | K | | |
| 33. FRANKLIN RISING DIV. FD. CL. C | A | Dividend | L | T | Buy | 06/23/11 | L | | |
| 34. WELLS FARGO ADVANTAGE MULTI SECTOR INC. FD. | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/22/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INVESCO VAN KMPN BD FD INC | A | Dividend | | | Sold | 07/08/11 | K | | |
| 36. INVESCO VAN KMPN BD FD INC | A | Dividend | | | Sold | 07/08/11 | J | | |
| 37. J HANCOCK INC SEC | A | Dividend | | | Sold | 11/10/11 | J | | |
| 38. J HANCOCK PREF INC 2 | A | Dividend | K | T | | | | | |
| 39. SATURNS-GS 2004-2 SER GS 5.75% 2/15/33 | B | Dividend | | | Redeemed | 02/17/11 | K | | |
| 40. THORNBURG INC BUILDER FD CL C | B | Dividend | L | T | | | | | |
| 41. FIA CARD SERVICES NA RASP | A | Interest | J | T | | | | | |
| 42. LOOMIS SAYLES STRT. INC. FD. CL A | B | Dividend | K | T | Buy | 01/26/11 | K | | |
| 43. LOOMIS SAYLES STRAT INC FD CL C | C | Dividend | L | T | Sold (part) | 03/21/11 | K | C | |
| 44. LORD ABBETT FLOATING FD CL C | A | Dividend | | | Sold | 12/07/11 | L | | |
| 45. LORD ABBETT SHORT DUR. INC. FD. C | B | Dividend | L | T | Buy | 05/26/11 | L | | |
| 46. MORGAN STANLEY 5.5% 7/28/21 | A | Interest | K | T | Buy | 09/27/11 | K | | |
| 47. NFJ DIV INT PREM STRAT AND PREMIUM STRAT FD | C | Dividend | K | T | Buy | 02/14/11 | K | | |
| 48. NUVEEN BUILD AMER BD FD | A | Dividend | L | T | | | | | |
| 49. NUVEEN QUAL PREF INC 2 | A | Dividend | K | T | | | | | |
| 50. NUVEEN QUAL PREF INC 3 | A | Dividend | K | T | | | | | |
| 51. PIMCO ALL ASSET ALL AUTH FD CL C | C | Dividend | | | Sold | 03/04/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/22/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PIMCO INCOME FD CL C | B | Dividend | K | T | Buy | 05/17/11 | L | | |
| 53. PRINCIPAL INVESTORS PRF SEC C FD | A | Dividend | L | T | | | | | |
| 54. PRUDENTIAL JENNISON EQ INC FD CL C | B | Dividend | L | T | Sold (part) | 09/12/11 | K | A | |
| 55. PRUDENTIAL TOTAL RETURN BD FD CL C | A | Dividend | L | T | | | | | |
| 56. PUTNAM VOYAGER FD CL C | A | Dividend | | | Sold | 09/08/11 | K | | |
| 57. TEMPLETON GLOBAL BD FD CL C | C | Dividend | L | T | Buy | 08/02/11 | L | | |
| 58. BANK OF SMITHTOWN | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 05/22/2012 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Frederic Block**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544